Ross M. Mumme, Esq. #029956
Staff Attorney for Edward J. Maney
Chapter 13 Trustee
101 N. 1st Ave., #1775
Phoenix, Arizona 85003
(602) 277-3776
rmumme@maney13trustee.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 13 |
| LUIS ALFREDO PATINO, | Case No. 2:19-bk-06485-BKM |
| Debtor. | **MOTION TO VACATE HEARING** |
| | Hearing Date: April 16, 2020<br>Hearing Time: 11:00 a.m. |

Edward J. Maney, Chapter 13 Trustee ("Trustee"), by and through counsel undersigned, hereby requests the Court vacate the hearing calendared for **April 16, 2020, at 11:00 a.m.** on Trustee's *Motion to Set Status Hearing on Confirmation of the Plan* (DN 22).

Debtor, through counsel, provided a proposed Stipulated Order Confirming Plan to the Trustee, the Trustee has signed the Order and will be lodging it with the Court shortly.

WHEREFORE, the Trustee respectfully requests that the Court vacate the April 16, 2020 hearing.

Dated: See Electronic Signature.

                                       EDWARD J. MANEY
                                       CHAPTER 13 TRUSTEE

                                       _____
                                       Ross M. Mumme, Esq. AZ Bar #029956
                                       Staff Attorney for Edward J. Maney

-1-

COPIES of the foregoing sent via Notice of Electronic Filing from the Court's CM/ECF system to Debtor's counsel on [See Electronic Signature], to:

Thomas Mcavity, Esq.

_____
Ross M. Mumme, Esq.